```
         FILED          ____ RECEIVED
✓ ____                  ____ SERVED ON
         ENTERED        COUNSEL/PARTIES OF RECORD

              APR 2 5 2011

         CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY: _____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:10-CR-00106-RCJ-VPC |
| Plaintiff, | |
| vs. | ORDER OF RESTITUTION |
| KENNETH J. McKENNA, | |
| Defendant. | Judge Robert C. Jones |

As a condition of ~~supervised release pursuant to 18 U.S.C. § 3583~~(d) / as a condition of ~~probation pursuant to 18 U.S.C. § 3563(b)~~(2) ✓ as part of the sentence, as agreed to as part of the plea agreement, pursuant to 18 U.S.C. § 3663(a)(3), defendant Kenneth J. McKenna must make restitution to the following victim in the amount listed below.

Name of Victim: Internal Revenue Service

The total amount of restitution the defendant shall make to the Internal Revenue Service consists of the following:

| Tax Years | Amount to be Credited to Tax |
|---|---|
| 2004 | $64,413 |
| 2005 | $394 |
| 2006 | $31,507 |
| 2007 | $56,726 |

| Total | $153,040 |

Total restitution is $153,040.

Total Remaining Restitution Ordered: $153,040

The defendant must pay interest on the restitution figure, unless the restitution amount is paid in full before the fifteenth day after the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Restitution Order and payment schedule may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

~~Upon release, the defendant shall make monthly payments of not less than $_____. This monthly amount may be adjusted in accordance with 18 U.S.C. § 3664(k).~~

The defendant is obligated to report to the Government and the Court any material change in his economic circumstances, pursuant to 18 U.S.C. § 3664(k).

The defendant shall make all restitution payments to:

Clerk of the Court
Attention: Finance
Case No. 3:10-cr-00106-RCJ-VPC
333 Las Vegas Boulevard, Room 1334
Las Vegas, NV 89101

The defendant shall include, with his payments to the Clerk of Court, his name and social security number, the District Court's docket number assigned to the case, the tax years for which restitution has been ordered, and a request that this information be sent, along with the payments, to the appropriate office of the Internal Revenue Service.

The Clerk's Office shall send the defendant's restitution payments, along with the information provided by the defendant, to the Internal Revenue Service at the following address:

IRS-RACS
Attn: Mail Stop 6261, Restitution
333 W. Pershing Ave.
Kansas City, MO 64108

IT IS SO ORDERED.

_____
HONORABLE ROBERT C. JONES
U.S. DISTRICT JUDGE